■ In the Matter of ELVIS RIVERA et al., Respondents, v NATIONWIDE INSURANCE COMPANY, Appellant. — Judgment of the Supreme Court, Queens County (Sharpe, J.), dated December 4, 1980, affirmed, without costs or disbursements. No opinion. Appeal from an order of the same court, dated April 14, 1981, dismissed, without costs or disbursements. No appeal lies from a denial of reargument. Damiani, J. P., Lazer, Mangano and Brown, JJ., concur.

■ In the Matter of MARGARET M. SHEEHAN, Appellant, v BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent. — Appeal from a judgment of the Supreme Court, Kings County (Monteleone, J.), dated March 24, 1981, dismissed. Said judgment was superseded by an order of the same court dated June 1, 1981, which was entered upon reargument. Order dated June 1, 1981 affirmed insofar as appealed from (see *Matter of Whitley v Board of Educ.,* 65 AD2d 821; *Kornit v Board of Educ.,* 54 AD2d 959, mot for lv to app den 41 NY2d 804). Respondent is awarded one bill of $50 costs and disbursements. Gibbons, J. P., Gulotta, O'Connor and Boyers, JJ., concur.